**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 5:19CR31** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **DIEGO GOMEZ-LUX,** | ) | **ORDER ADOPTING** |
| | ) | **REPORT AND RECOMMENDATION** |
| | ) | **OF MAGISTRATE JUDGE** |
| | ) | |
| Defendant. | ) | |

The above Defendant, accompanied by counsel, proffered a plea of guilty before Magistrate Judge Thomas M. Parker, to charge in the Indictment. The Court finds that the Defendant's proffer of guilt was made under oath knowingly, intelligently and voluntarily and that all requirements imposed by the United States Constitution and Fed.R.Crim.P. 11 are satisfied. THEREFORE, the Court adopts the Report and Recommendation of Magistrate Judge Thomas M. Parker and accepts the Defendant's offer of guilt and finds the Defendant guilty as charged in the Indictment.

IT IS SO ORDERED.

                                                        s/ Christopher A. Boyko
                                                        CHRISTOPHER A. BOYKO
                                                        United States District Judge

Dated: March 27, 2019